170 A.3d 336

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
GARFIELD SIMPSON, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001122–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 336

JEFFREY A. MUELLER, AND SUZANNE MUELLER, HIS WIFE,
PLAINTIFFS–PETITIONERS, v. SOMERSET HILLS TOWING,
WILLIAM DEGUILO, JASON HAGG, BRIDGEPORT SPEED-
WAY, AND HOFFMAN MOTORSPORT PROMOTIONS, LLC, DE-
FENDANTS–RESPONDENTS, AND BRIDGEPORT SPEEDWAY,
LLC, THIRD–PARTY PLAINTIFF, v. TRI–STATE RACE SAVER
SPRINT CAR SERIES, THIRD–PARTY DEFENDANT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005628–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.